JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEJA BUSH,

Plaintiff,

vs.

DETECTIVE LESLIE VARGAS, in her individual capacity; OFFICER JUAN FRIAS, in his individual capacity; and DOES 1 through 30, inclusive,

Defendants.

Case No. 8:25-cv-01562-JWH-JDEx

Hon. John W. Holcomb

**ORDER DISMISSING ACTION WITH PREJUDICE**

Complaint Filed: April 18, 2025
First Amended Complaint Filed: June 30, 2025
Second Amended Complaint Filed: August 12, 2025

Pursuant to the stipulation of the parties, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. Plaintiff Deja Bush's action against Defendants Leslie Vargas and Juan Frias is **DISMISSED with prejudice**.

2. Each party shall bear its own fees and costs.

3. The Court retains jurisdiction over the above-captioned action for the purpose of enforcing the Settlement Agreement and resolving any disputes between the parties arising from the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 22, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE